IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BREINER,

        Plaintiff,

   v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
dba U.C. DAVIS MEDICAL
CENTER, et al.,

        Defendants.

_____/

No.  CIV.S-06-1598 GEB DAD PS

ORDER SETTING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

       This action has been assigned to United States District Judge Garland E. Burrell, Jr., and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

       The parties are informed that they may, if all consent, have this case tried by a United States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals.  An appropriate form for consent to trial by a magistrate

1

1 judge is attached.  Any party choosing to consent may complete the
2 form and return it to the Clerk of the Court.  Neither the magistrate
3 judge nor the district judge handling the case will be notified of
4 the filing of a consent form, unless all parties to the action have
5 consented.
6       Pursuant to the provisions of Federal Rule of Civil
7 Procedure 16, as amended, effective December 1, 1993, IT IS ORDERED:
8       1.  A Status (Pretrial Scheduling) Conference is set for
9 **November 17, 2006, at 11:00 a.m.**, in Courtroom No. 27, before
10 Magistrate Judge Drozd.
11       2.  Rule 4(m) of the Federal Rules of Civil Procedure
12 provides that this action may be dismissed if service of process is
13 not accomplished within 120 days from the date the complaint is
14 filed.  In order to enable the court to comply with the 120-day time
15 limits specified in Rules 4(m) and 16(b), the court **<u>strongly</u>**
16 **<u>encourages plaintiff to complete service of process on all defendants</u>**
17 **<u>within sixty days of the date of filing of the complaint</u>**.
18       3.  Concurrently with service of process, or as soon
19 thereafter as possible, plaintiff shall serve upon each of the
20 parties named in the complaint, and UPON ALL PARTIES SUBSEQUENTLY
21 JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of this
22 order, and shall file with the Clerk of the Court a certificate
23 reflecting such service.
24       4.  If this action was originally filed in a state court
25 and thereafter removed to this court, the removing party or parties
26 shall, immediately following removal, serve a copy of this order upon

2

each of the other parties and upon all parties subsequently joined, and shall file with the Clerk a certificate reflecting such service.

5. All parties shall appear at the Status Conference by counsel, or in person if acting without counsel. Parties may appear at the conference telephonically. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128.

6. The parties shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

a. Progress of service of process;

b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and the scheduling thereof;

f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

3

        j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

        k.    Any other matters that may add to the just and expeditious disposition of this action; and

        l.    Whether the parties intend to consent to proceed before a United States Magistrate Judge.

7. The Clerk of the Court shall send plaintiff, along with this order, the appropriate number of copies (i.e., one for each defendant and plaintiff) of the form "Consent to Proceed Before United States Magistrate Judge."  Plaintiff shall serve each defendant with a copy of this form.

DATED: August 1, 2006.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
DDad1/orders.prose/breiner1598.ossc