IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BREINER,

        Plaintiff,

   v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
dba U.C. DAVIS MEDICAL
CENTER, et al.,

        Defendants.
_____/

No.  CIV.S-06-1598 GEB DAD PS

ORDER TO SHOW CAUSE

        This matter came before the court on October 13, 2006, for hearing on the following motions: (1) defendants Regents of the University of California, Humberto Contreras, Wanda Brown and Rose Kanta's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative for a more definite statement, and to strike punitive damages; and (2) defendants Duane Hicks and Kim Crawford's motion to dismiss pursuant to Rule 12(b)(6), or in the alternative for a more definite statement.  Becki Graham appeared on

1

behalf of defendants. There was no appearance on behalf of plaintiff, who is proceeding pro se. Nor has plaintiff filed any opposition or other response to defendants' motions.

Having considered all written materials filed in connection with the motions, and in light of plaintiff's failure to appear and oppose the motions, IT IS HEREBY ORDERED that:

1. Plaintiff is directed to show cause in writing within ten (10) days of the date of this order why this matter should not be dismissed for failure to prosecute.

2. The required writing shall also address why this court should not grant defendants' motions to dismiss.

3. The court will issue such further orders as necessary following plaintiff's response to this order to show cause.

4. Plaintiff is forewarned that the failure to timely comply with the terms of this order will result in a recommendation of dismissal.

DATED: October 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/breiner1598.osc

2