IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BREINER,

        Plaintiff,

   v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
dba U.C. DAVIS MEDICAL
CENTER, et al.,

        Defendants.
_____/

No.  CIV.S-06-1598 GEB DAD PS

FINDINGS AND RECOMMENDATIONS

      Plaintiff, proceeding pro se in this matter, failed to appear at an October 13, 2006, hearing on motions to dismiss noticed by defendants in this case.  Nor did plaintiff file any opposition or other response to defendants' motions.  Accordingly, the court directed plaintiff to show cause in writing why this matter should not be dismissed for failure to prosecute and address why this court should not grant defendants' motions to dismiss.

/////

1

1   Plaintiff has now filed the required writing, which
2 consists of a one-page, handwritten letter.  In the letter plaintiff
3 explains that he has been unable to secure the services of an
4 attorney and asks for a refund of his filing fee.  Liberally
5 construed, plaintiff's letter is a statement of non-opposition to the
6 dismissal of this matter.
7   Accordingly, IT IS HEREBY RECOMMEND that this matter be
8 dismissed for failure to prosecute.  It is further recommended that
9 all pending motions to dismiss be denied as moot.  Finally, plaintiff
10 is advised that once a case is filed and the filing fee paid, the
11 court is unable to refund the filing fee.
12 DATED: October 27, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1/orders.prose/breiner1598.f&r

2