IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BREINER,

      Plaintiff,

  v.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
dba U.C. DAVIS MEDICAL
CENTER, et al.,

      Defendants.
_____/

No.  CIV.S-06-1598 GEB DAD PS

AMENDED[1]
FINDINGS AND RECOMMENDATIONS

Plaintiff, proceeding pro se in this matter, failed to appear at an October 13, 2006, hearing on motions to dismiss noticed by defendants in this case.  Nor did plaintiff file any opposition or other response to defendants' motions.  Accordingly, the court

---

[1] These Amended Findings and Recommendations now include a closing paragraph advising the parties of the procedure regarding objecting to the recommendations herein.  In all other respects, they are the same as the initial Findings and Recommendations filed on October 30, 2006.

1

1  directed plaintiff to show cause in writing why this matter should
2  not be dismissed for failure to prosecute and address why this court
3  should not grant defendants' motions to dismiss.
4          Plaintiff has now filed the required writing, which
5  consists of a one-page, handwritten letter.  In the letter plaintiff
6  explains that he has been unable to secure the services of an
7  attorney and asks for a refund of his filing fee.  Liberally
8  construed, plaintiff's letter is a statement of non-opposition to the
9  dismissal of this matter.
10         Accordingly, IT IS HEREBY RECOMMEND that this matter be
11 dismissed for failure to prosecute.  It is further recommended that
12 all pending motions to dismiss be denied as moot.  Finally, plaintiff
13 is advised that once a case is filed and the filing fee paid, the
14 court is unable to refund the filing fee.
15         These findings and recommendations are submitted to the
16 United States District Judge assigned to the case, pursuant to the
17 provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after
18 being served with these findings and recommendations, any party may
19 file written objections with the court and serve a copy on all
20 parties.  Such a document should be captioned "Objections to
21 Magistrate Judge's Findings and Recommendations."  The parties are
22 advised that failure to file objections within the specified time may
23 /////
24 /////
25 /////
26 /////

1 waive the right to appeal the District Court's order.  See <u>Martinez</u>
2 <u>v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: November 28, 2006.

```
                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE
```

7 DAD:th
DDad1/orders.prose/breiner1598.f&r.amended