IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BREINER,

    Plaintiff,                    2:06-cv-1598-GEB-DAD-PS

    vs.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA
dba U.C. DAVIS MEDICAL
CENTER, et al.,

    Defendants.               <u>ORDER</u>

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 29, 2006, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 29, 2006, are adopted in full; and

2. This matter is dismissed for failure to prosecute and all pending motions to dismiss are denied as moot. Plaintiff is advised that once a case is filed and the filing fee paid, the court is unable to refund the filing fee.

Dated: December 29, 2006

GARLAND E. BURRELL, JR.
United States District Judge